**Mark Allen WYNN, Plaintiff—**
**Appellant,**

v.

**Correctional Officer MUNDO; North Carolina Department of Corrections; Albemarle Correctional Institution; Correctional Officer Honbarrier; Correctional Officer Bruton; Correctional Officer Smith; Correctional Officer**

194

Caviness; Correctional Officer Eudy; Sergeant Chestnut; Sergeant Porter; Lieutenant Fletcher, Defendants—Appellees.

No. 05–6359.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 25, 2005.

Decided: Sept. 1, 2005.

Mark Allen Wynn, Appellant pro se. Elizabeth F. Parsons, North Carolina Department of Justice, Raleigh, North Carolina, for Appellees.

Before TRAXLER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Mark Allen Wynn appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Wynn v. Correctional Officer Mundo*, No. CA–04–365–FWB (M.D.N.C. Feb. 7, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

Wynn's motion for appointment of counsel is denied.

*AFFIRMED*